UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order

**In Re:** Judy A Dean                                    **Case/AP Number** 11-17183 -FJB
                                                          **Chapter** 13

#25 Notice of Final Cure Mortgage Payment re: Rule 3002.1 .. (Bankowski-13, Carolyn)

**COURT ACTION:**

_____Hearing held

_____Granted      _____Approved      _____Moot

_____Denied       _____Denied without prejudice      _____Withdrawn in open court

_____Overruled    _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order      _____Released      _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Bank of America has filed its response to the Chapter 13 trustee's Notice of Final Cure Payment, which response indicates outstanding post-petition arrearages.  If the debtor disputes the response or seeks other relief, the debtor shall, on or before December 29, 2014, file a motion pursuant to Fed. R. Bankr. P. 3002.1(h), serve such motion on the holder of the claim and the Chapter 13 trustee, and file a certificate of such service.

IT IS SO ORDERED:

_/s/ Frank J. Bailey_____  Dated: 12/08/2014
Frank J. Bailey
United States Bankruptcy Judge